GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
JAKE SUTY, ESQ.
Nevada Bar No. 16330
SCHNITZER JOHNSON & WATSON, CHTD.
8985 So. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
gschnitzer@sjwlawfirm.com
jsuty@sjwlawfirm.com
Telephone: (702) 362-6666
Facsimile:  (702) 362-2203

*Attorneys for Defendant Team Ford, LLC*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| BERNARD DINGESS, an individual<br><br>                    Plaintiff,<br>v.<br><br>TEAM FORD, LLC, a Nevada limited liability company dba TEAM FORD,<br><br>                    Defendant. | Case No.:   2:25-cv-01267-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Defendant, Team Ford, LLC, by and through its counsel of record, Gary E. Schnitzer, Esq. and Jacob A. Suty, Esq., of SCHNITZER JOHNSON and WATSON, CHTD., Plaintiff, Bernard Dingess, by and through his counsel of record, David C. Kiebler, Esq. of GREENBERG GROSS, LLP, hereby stipulate to the following:

WHEREAS, Defendant's counsel signed a Waiver of Service of Summons on behalf of Team Ford, LLC on September 30, 2025 and was given until November 24, 2025 to file a response.  Defendant's counsel has requested additional time to review the allegations contained without the Complaint together with the review of the extensive employment file in this matter.

IT IS HEREBY STIPULATED between the parties that Defendant has until December

SCHNITZER JOHNSON & WATSON, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
(702) 362-6666

15, 2025, to file its Response to Plaintiff's Complaint.

IT IS SO STIPULATED.

DATED this 19th day of November, 2025.

GREENBERG GROSS, LLP

SCHNITZER JOHNSON & WATSON, CHTD.


*/s/ David C. Kiebler, Esq.*

DAVID C. KIEBLER, ESQ.
Nevada Bar No. 16724
1980 Festival Plaza Dr., Ste 730
Las Vegas, NV  89135
*Attorney for Plaintiff*

*/s/ Gary E. Schnitzer, Esq.*

GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123
*Attorney for Defendant*


**IT IS SO ORDERED:**



   November 20, 2025
Dated

UNITED STATES MAGISTRATE JUDGE

SCHNITZER JOHNSON & WATSON, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
(702) 362-6666

2

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of the law firm SCHNITZER JOHNSON & WATSON, CHTD., and that on the 17th day of November, 2025, I caused to be served a true copy of the **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** on all parties to this action by the Court's CM/ECF Electronic Notification System to the following:

David C. Kiebler, Esq.
GREENBERG GROSS, LLP
1980 Festival Plaza Drive, Ste. 730
Las Vegas, NV 89135
Attorneys for Plaintiff

/s/ Tawnya Palma
An employee for Schnitzer Johnson
& Watson, Chtd.

SCHNITZER JOHNSON & WATSON, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
(702) 362-6666

3