FISHER & PHILLIPS LLP
JENNIFER A. FORNETTI, ESQ.
Nevada Bar No. 7644
JUDY R. SANDERLIN, ESQ.
Nevada Bar No. 16977
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  jfornetti@fisherphillips.com
Attorney for Defendant
TEAM FORD, LLC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BERNARD DINGESS, an individual, | Case No: 2:25-cv-01267-APG-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND** |
| TEAM FORD, LLC, a Nevada limited liability company dba TEAM FORD, | |
| Defendants. | **(Second Request)** |

**IT IS HEREBY STIPULATED AND AGREED** by the parties' counsel of record that that Defendant will have an extension of time up to and including **January 7, 2026**, to respond to Plaintiff's Complaint (ECF No. 1) on file herein. This Stipulation is submitted and based on the following:

1. Defendant TEAM FORD, LLC was served on September 30, 2025 by a Waiver of Service of Summons, which provided Defendant until November 24, 2025 to file a response.

2. On November 19, 2025, the parties agreed to extend the deadline for Defendant to file its response to Plaintiff's Complaint to December 15, 2025, to allow Defendant sufficient time to address the allegations within the Complaint together with the review of the extensive employment file in this matter. (ECF No. 9).

FP 60771306.1

1  3. Defendant is still investigating Plaintiff's allegations which includes
2 significant claims, including, punitive damages.
3  4. While reviewing Plaintiff's employment file, Defendant located a signed
4 arbitration agreement. Defendant's counsel forwarded a copy of the arbitration
5 agreement to Plaintiff's counsel for their review and consideration, along with a request
6 to stipulate to arbitration.
7  5. To allow Plaintiff's counsel time to consider Defendant's request to
8 stipulate to arbitration, and to potentially avoid the need for a motion to compel
9 arbitration, the parties have agreed to extend Defendant's deadline to respond to the
10 Complaint to January 7, 2026.
11  6. This is the second stipulation to extend the time for Defendant to respond
12 to Plaintiff's Complaint.
13  7. The parties believe these circumstances constitute good cause for
14 granting an extension. *See* Fed. R. Civ. P. 6(b)(1).
15  8. This Stipulation is made in good faith and not for the purpose of delay.
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FP 60771306.1

9. Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

Dated this 15 day of December 2025.

| GREENBERG GROSS LLP | FISHER & PHILLIPS LLP |
|---|---|
| /s/ David C. Kiebler | /s/ Jennifer A. Fornetti |
| Jemma E. Dunn, Esq. (NBN 16229) | Jennifer A. Fornetti, Esq. |
| Matthew T. Hale, Esq. (NBN 16880) | Judy R. Sanderlin, Esq. |
| David C. Kiebler, Esq (NBN 16724) | 300 S. Fourth Street, Suite 1500 |
| 1980 Festival Plaza Drive, Suite 730 | Las Vegas, NV 89101 |
| Las Vegas, NV 89135 | |
| *Attorneys for Bernard Dingess* | |

SCHNITZER JOHNSON & WATSON, CHTD.

/s/ Gary E. Schnitzer
Gary E. Schnitzer, Esq. (NBN 395)
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nv 89123
*Attorneys for Defendant Team Ford, LLC*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

December 16, 2025
DATED

FP 60771306.1