1  FISHER & PHILLIPS LLP
   JENNIFER A. FORNETTI, ESQ.
2  Nevada Bar No. 7644
   JUDY R. SANDERLIN, ESQ.
3  Nevada Bar No. 16977
4  300 S. Fourth Street
   Suite 1500
5  Las Vegas, NV  89101
   Telephone: (702) 252-3131
6  E-Mail Address:  jfornetti@fisherphillips.com
7  Attorneys for Defendant
   TEAM FORD, LLC.

8
                    **UNITED STATES DISTRICT COURT**
9
                        **DISTRICT OF NEVADA**
10

11  BERNARD DINGESS, an individual,      )   Case No: 2:25-cv-01267-APG-BNW
                                         )
12                   Plaintiff,          )
                                         )   **STIPULATION AND ORDER TO**
13          vs.                          )   **EXTEND DEADLINE TO**
                                         )   **RESPOND**
14  TEAM FORD, LLC, a Nevada limited     )
15  liability company dba TEAM FORD,     )   **(Third Request)**
                                         )
16                   Defendants.         )
    _____)

17        **IT IS HEREBY STIPULATED AND AGREED** by the parties' counsel of

18  record that that Defendant will have an extension of time up to and including **January**

19  **21, 2026**, to respond to Plaintiff's Complaint (ECF No. 1) on file herein. This

20  Stipulation is submitted and based on the following:

21        1.    Defendant TEAM FORD, LLC was served on September 30, 2025 by a

22  Waiver of Service of Summons, which provided Defendant until November 24, 2025 to

23  file a response.

24        2.    On November 19, 2025, the parties agreed to extend the deadline for

25  Defendant to file its response to Plaintiff's Complaint to December 15, 2025, to allow

26  Defendant sufficient time to address the allegations within the Complaint together with

27  the review of the extensive employment file in this matter. (ECF No. 9).

28

*Sidebar (vertical):* FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

3.     While reviewing Plaintiff's employment file, Defendant located a signed arbitration agreement. Defendant's counsel forwarded a copy of the arbitration agreement to Plaintiff's counsel for their review and consideration, along with a request to stipulate to arbitration.

4.     On December 15, 2025, the parties agreed to extend the deadline for Plaintiff's counsel time to consider Defendant's request to stipulate to arbitration, and to potentially avoid the need for a motion to compel arbitration, the parties have agreed to extend Defendant's deadline to respond to the Complaint. (ECF No. 13).

5.     Defendant is still investigating Plaintiff's allegations which includes significant claims, including, punitive damages.

6.     Plaintiff is still reviewing the signed arbitration agreement.

7.     Additionally, Plaintiff was recently provided with a copy of his personnel file.

8.     In order to provide Plaintiff and his counsel with additional time to review Plaintiff's personnel file and to consider Defendant's request to stipulate to arbitration, and to potentially avoid the need for a motion to compel arbitration, the parties have agreed to extend Defendant's deadline to respond to the Complaint to **January 28, 2026**.

9.     This is the third stipulation to extend the time for Defendant to respond to Plaintiff's Complaint.

10.     The parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

11.     This Stipulation is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

1    12.    Nothing in this Stipulation and Order shall operate to waive, relinquish,

2    or impair any claim, defense, objection, or right of any party in this case. Further,

3    nothing in this Stipulation and Order shall be construed as an admission of or consent to

4    the merit or validity of any claim, defense, objection, or right by any party in this case.

5         Dated this 7th day of January 2026.

GREENBERG GROSS LLP                    FISHER & PHILLIPS LLP

6

7    _____       _____

/s/ David C. Kuehl, Esq. (NBN 16229)      /s/ Jennifer R. Forrette, Esq.

8    Matthew T. Dushoff, Esq. (NBN 16820)    Judy R. Sanders, Esq.

Daniel C. Kiefer, Esq. (NBN 16724)        400 S. Fourth Street, Suite 1500

9    1980 Festival Plaza Drive, Suite 730     Las Vegas, NV 89101

Las Vegas, NV 89135

10   Attorneys for Bernard Dingess

11

SCHNITZER JOHNSON & WATSON,

12   CHTD.

13   _____

/s/ Gary E. Schnitzer, Esq. (NBN 395)

14   8985 S. Eastern Ave., Ste. 200

Las Vegas, NV 89123

15   Attorneys for Defendant Team Ford, LLC

16

17

18

19

20                    **ORDER**

21

IT IS SO ORDERED:

22

23

24   _____

UNITED STATES MAGISTRATE JUDGE

25

26    January 8, 2028
DATED

27

28

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101