FISHER & PHILLIPS LLP
JENNIFER A. FORNETTI, ESQ.
Nevada Bar No. 7644
JUDY R. SANDERLIN, ESQ.
Nevada Bar No. 16977
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  jfornetti@fisherphillips.com
                 jsanderlin@fisherphillips.com
Attorney for Defendant
TEAM FORD, LLC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BERNARD DINGESS, an individual, | Case No: 2:25-cv-01267-APG-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER RE: ARBITRATION** |
| TEAM FORD, LLC, a Nevada limited liability company dba TEAM FORD, | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by the parties' counsel of record that this litigation be stayed as the parties have agreed to resolve their dispute through arbitration pursuant to the arbitration agreement between them.

It is hereby stipulated by and between the parties and ORDERED as follows:

1. The instant action, in its entirety, shall be stayed and submitted to binding arbitration pursuant to the terms of the Arbitration Agreement;

2. The Early Neutral Evaluation, currently scheduled for February 26, 2026, is vacated;

3. Nothing in this Stipulation shall serve as a waiver of Plaintiff's claims or Defendant's defenses; and

4. Each party shall bear its own fees and costs before this Court as of this date.

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FP 61339798.1

**SO STIPULATED.**

Dated this 21st day of January 2026.

| GREENBERG GROSS LLP | FISHER & PHILLIPS LLP |
|---|---|

*/s/ David C. Kiebler*

Jemma E. Dunn, Esq.
Matthew T. Hale, Esq.
David C. Kiebler, Esq
1980 Festival Plaza Drive, Suite 730
Las Vegas, NV 89135
JDunn@GGTrialLaw.com
MHale@GGTrialLaw.com
DKiebler@GGTrialLaw.com
*Attorneys for Bernard Dingess*

*/s/ Jennifer A. Fornetti*

Jennifer A. Fornetti, Esq.
Judy R. Sanderlin, Esq.
300 S. Fourth Street, Suite 1500
Las Vegas, NV 89101
jfornetti@fisherphillips.com
jsanderlin@fisherphillips.com
*Attorneys for Defendant Team Ford, LLC*

### ORDER

    **IT IS SO ORDERED**: The parties shall file a status report by August 27, 2026 or within 30 days of completion of the arbitration, whichever is sooner, and every six months thereafter.

IT IS SO ORDERED:

Dated: January 22, 2026

_____

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FP 61339798.1